**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MANUEL SANCHEZ NAVARRO,

Petitioner,

v. No. 1:26-cv-00341-DHU-JHR

PAMELA BONDI, Attorney General,
United States Department of Justice;
KRISTI NOEM, Secretary, U.S. Department
of Homeland Security; TODD M. LYONS,
Acting Director of Immigration and Customs
Enforcement; and DAVID EASTERWOOD,
Field Office Director, St. Paul Field Office,
U.S. Immigration and Customs Enforcement,

Respondents.

**ORDER TO SHOW CAUSE**

THIS MATTER is before the Court on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). Doc. 1. Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 and requests, *inter alia*, that the Court order federal immigration officials to immediately release him from custody or, in the alternative, order the Respondents to transfer him back to the State of Minnesota and provide him with a bond hearing under 8 U.S.C. § 1226(a) within three (3) days. *Id.* at 1 ¶ 1, 22 ¶¶ d-e.

Pursuant to the District of New Mexico's Standing Order regarding service of process in immigration habeas cases, procedures for service of the Petition on Respondents are governed by Rule 4 of the Rules Governing Section 2254 Cases. *See In the Matter of: Service of Process in Immigration Habeas Petitions Filed Pursuant to §§ 2241 et seq.*, 26-MC-0004-03 at 1 (explaining that the district court may apply any or all of these rules to a habeas petition not covered under 28

U.S.C. § 2254). Pursuant to this Standing Order, the Clerk's office has electronically served copies of the Petition and this Order on Respondents through the CM/ECF system, or alternatively, by certified mail. *See* Doc. 7.

The Court has reviewed the Petition *sua sponte* under Habeas Corpus Rule 4 and finds that dismissal is not warranted and a response from the Government is necessary. Absent an emergency motion filed under Federal Rule of Civil Procedure 65, such as a request for a temporary restraining order, and pursuant to the Standing Order regarding service, **IT IS HEREBY ORDERED** that Respondents must answer the Petition and show cause why it should not be granted within ten (10) business days of this Order. Petitioner's reply, if any, is due five (5) business days after the Response is filed. The Court will set a hearing, if necessary.

**IT IS SO ORDERED.**



HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE